# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: SHERYL D. HARRIS  
1023 BROOKE ROAD  
ROCKFORD, IL  61109  

SSN-xxx-xx-9082

Case Number: 04-76440

Case filed on: 12/30/2004  
Plan Confirmed on: 3/4/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $6,249.78          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 002 | STATE OF ARKANSAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ILLINOIS DEPARTMENT OF PUBLIC AID/MRU | 2,479.70 | 2,479.70 | 495.50 | 0.00 |
|  | Total Priority | 2,479.70 | 2,479.70 | 495.50 | 0.00 |
| 999 | SHERYL D. HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | KISHWAUKEE AUTO CORRAL | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 |
|  | Total Secured | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 |
| 001 | KISHWAUKEE AUTO CORRAL | 2,120.47 | 2,120.47 | 0.00 | 0.00 |
| 003 | AUBURN MANOR APARTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BONNIE GOODWIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CARBIZ AUTO CREDIT AQ, INC/CARBIZ USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CCB | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NICOR GAS | 1,145.35 | 1,145.35 | 0.00 | 0.00 |
| 010 | ROCKFORD MERCANTILE AGENCY INC | 919.81 | 919.81 | 0.00 | 0.00 |
| 011 | ASSET ACCEPTANCE LLC | 1,045.05 | 1,045.05 | 0.00 | 0.00 |
| 012 | ASSET ACCEPTANCE CORP | 422.45 | 422.45 | 0.00 | 0.00 |
| 013 | VAUGHN'S TV & APPLIANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 4,830.98 | 4,830.98 | 0.00 | 0.00 |
| 016 | SBC MIDWEST | 1,624.38 | 1,624.38 | 0.00 | 0.00 |
| 017 | CITY OF ROCKFORD | 1,275.00 | 1,275.00 | 0.00 | 0.00 |
|  | Total Unsecured | 13,383.49 | 13,383.49 | 0.00 | 0.00 |
|  | Grand Total: | 21,227.19 | 21,227.19 | 5,859.50 | 0.00 |

Total Paid Claimant:       $5,859.50  
Trustee Allowance:          $390.28  
Percent Paid Unsecured:        0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008          By   /s/Heather M. Fagan